**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| JORDY ATAHUAMAN CARHUANCHO, ET AL | * * * | CIVIL ACTION NO.: 6:24-cv-01448-DCJ-DJA |
| VERSUS | * * | JUDGE DAVID C. JOSEPH |
| THE GEO GROUP, INC., ET AL | * | MAGISTRATE JUDGE DAVID J. AYO |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LIST OF COUNSEL OF RECORD

| PARTY AND PARTY TYPE | ATTORNEY |
|---|---|
| JORDY ATAHUAMAN CARHUANCHO and DULCE MERCEDES ATAHUAMAN CARHUANCHO Plaintiffs | Jill L. Craft (#20922) W. Brett Conrad, Jr. (#37639) 329 St. Ferdinand Street Baton Rouge, LA 70802 Telephone: (225) 663 – 2612 Fax: (225) 663 – 2316 Email:  jcraft@craftlaw.net Email: bconrad@craftlaw.net |
| THE GEO GROUP, INC., JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5 JOHN DOE #6, JANE DOE #7 JANE DOE #8, JANE DOE #9 JANE DOE #10, and JANE DOE #11 Defendants | Mahtook and Lafleur Robert A. Mahtook, Jr. (#17034) Kay A. Theunissen (#17448) Kaliste Joseph Saloom, IV (#35996) Chase A. Woessner (#40211) 600 Jefferson Street, Suite 1000 (70501) P.O. Box 3089 Lafayette, LA 70502-3089 Telephone: (337) 266 – 2189 Fax: (337) 266 – 2303 Email:  rmahtook@mandllaw.com Email:  ktheunissen@mandllaw.com Email:  jsaloom@mandllaw.com Email: cwoessner@mandllaw.com |

1.

Respectfully Submitted,

MAHTOOK & LAFLEUR, L.L.C.


    /s/Kay A. Theunissen
ROBERT A. MAHTOOK, JR., #17034
KAY A. THEUNISSEN, #17448
KALISTE JOSEPH SALOOM, IV, #35996
CHASE A. WOESSNER #40211
600 Jefferson Street, Suite 1000 (70501)
Post Office Box 3089
Lafayette, Louisiana 70502-3089
TEL:   (337) 266-2189
FAX:   (337) 266-2303
Email:  rmahtook@mandllaw.com
Email:  ktheunissen@mandllaw.com
Email:  jsaloom@mandllaw.com
Email:  cwoessner@mandllaw.com
Attorneys for: The GEO Group, Inc.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of

record in this proceeding by:

( ) Hand Delivery                    ( ) Prepaid U.S. Mail

( ) Facsimile                        ( ) Federal Express

( ) Electronic Mail                  ( X ) CM/ECF Court Filing System

Lafayette, Louisiana this 5th day of November 2024

                                   /s/ Kay A. Theunissen
                                   KAY A. THEUNISSEN

2.