UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JORDY ATAHUAMAN                          CIVIL ACTION NO. 24-1448
CARHUANCHO, ET AL.

VERSUS                                   JUDGE: DAVID C. JOSEPH

THE GEO GROUP, INC., ET AL.              MAGISTRATE-JUDGE: DAVID
                                         J. AYO

**********************************************************

**ORDER**

IT IS ORDERED that Matthew David Doss be and is hereby admitted to the bar of this Court pro hac vice on behalf of plaintiff, Jordy Atahuaman Carancho, individually and in his capacity as curator for his sister, Dulce Mercedes Atahuaman Carhuancho in the above described action.

SO ORDERED on this, the __16th__ day of __Dec.__, 20__24__.

_____
U.S. Magistrate Judge