**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

JORDY ATAHUAMAN
CARHUANCHO, ET AL.

CIVIL ACTION NO. 24-1448

VERSUS

JUDGE: DAVID C. JOSEPH

THE GEO GROUP, INC., ET AL.

MAGISTRATE-JUDGE: DAVID
J. AYO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

IT IS ORDERED that Philip Rodriguez, V be and is hereby admitted to the bar of this Court pro hac vice on behalf of plaintiff, Jordy Atahuaman Carancho, individually and in his capacity as curator for his sister, Dulce Mercedes Atahuaman Carhuancho in the above described action.

SO ORDERED on this, the __16th__ day of __Dec.__, 20__24__.

_____
U.S. Magistrate Judge