**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ATAHUAMN**                                              **CASE NO.  6:24-CV-01448**

**VERSUS**                                                  **JUDGE DAVID C. JOSEPH**

**GEO GROUP INC**                                   **MAGISTRATE JUDGE DAVID J. AYO**

## O R D E R

Now before this Court is a MOTION FOR EXTENSION OF TIME TO SERVE filed by plaintiff Jordy Atahuaman Carhuancho, individually and in his capacity as Curator for his sister, Dulce Mercedes Atahuaman Carhuancho ("Plaintiff").  (Rec. Doc. 13).  Defendant GEO Group, Inc. ("GEO") opposes Plaintiff's motion.  (Rec. Doc. 14).

After review of the entire record, it is hereby

ORDERED that an in-person hearing is now SET before the undersigned Magistrate Judge on THURSDAY, APRIL 17, 2025 at 10:30 A.M. in Courtroom 7 of the United States District Court in Lafayette, Louisiana.  At least one counsel of record shall appear for each party and shall be prepared to select pretrial conference and trial dates during this hearing. To the extent that Plaintiff's motion raises a discovery issue regarding efforts to identify John and Jane Doe defendants, that issue will also be addressed at the hearing.  No remote participation will be permitted.

SO ORDERED this 20th day of March, 2025 at Lafayette, Louisiana.

_____
**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**