**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ATAHUAMAN**                                          **CASE NO.  6:24-CV-01448**

**VERSUS**                                                **JUDGE DAVID C. JOSEPH**

**GEO GROUP INC**                                  **MAGISTRATE JUDGE DAVID J. AYO**

**O R D E R**

Now before this Court came the MOTION FOR EXTENSION OF TIME TO SERVE filed by plaintiff Jordy Atahuaman Carhuancho, individually and in his capacity as Curator for his sister, Dulce Mercedes Atahuaman Carhuancho.  (Rec. Doc. 14).  Plaintiff's motion was set for hearing with oral argument before the undersigned Magistrate Judge on Thursday, April 17, 2025 at 10:30 a.m. and was heard as scheduled.  (Rec. Doc. 16).  Appearing on behalf of the Plaintiff were Jill Craft and Brett Conrad.  Appearing on behalf of Defendant GEO Group, Inc. was Kay Theunissen.

This Court heard argument from the parties regarding the motion and questioned the parties concerning discovery conducted to this point, particularly as to the identities of certain GEO Group employees who were present during the events giving rise to this suit. As explained to the parties in open court, this Court believes that the most expedient course of action is to proceed to trial setting so that a scheduling order may be issued, thereby permitting the parties to conduct discovery pursuant to the Federal Rules of Civil Procedure.  To that end, it is hereby

ORDERED that a telephone scheduling conference is now set before the undersigned Magistrate Judge on WEDNESDAY, MAY 14, 2025 at 10:00 A.M. Counsel will join the teleconference by dialing 1-855-244-8681 and entering access code 2305 119 9722.  In preparation for this scheduling conference, it is further

ORDERED that the parties will confer and file a Joint Rule 26(f) Report on or before WEDNESDAY, MAY 7, 2025.

For the reasons expressed in open court on this day, it is further

ORDERED that Plaintiff's pending MOTION FOR EXTENSION OF TIME TO SERVE (Rec. Doc. 14) is DENIED.  It is further

ORDERED that all claims by Plaintiff against John Doe defendants 1–6 and Jane Doe defendants 7–11 are DISMISSED without prejudice for failure to serve pursuant to Fed. R. Civ. P. 41(b) and LR 41.3.

SO ORDERED this 17th day of April, 2025 at Lafayette, Louisiana.

_____
**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**