**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ATAHUAMN**                                     **CASE NO.  6:24-CV-01448**

**VERSUS**                                       **JUDGE DAVID C. JOSEPH**

**GEO GROUP INC**                                **MAGISTRATE JUDGE DAVID J. AYO**

### ORDER

For the reasons discussed during the telephone scheduling conference held this day, it is hereby

**ORDERED** that the jury trial of this matter is set on MONDAY, SEPTEMBER 21, 2026 at 9:00 a.m. before U.S. District Judge Joseph in Courtroom 1 at the U.S. District Court in Lafayette, Louisiana.  It is further

**ORDERED** that a pretrial conference is set in chambers before Judge Joseph on WEDNESDAY, SEPTEMBER 2, 2026 at 10:00 A.M.  It is finally

**ORDERED** that the Clerk of Court shall issue an appropriate scheduling order in this case.

**SO ORDERED** this 14th day of May, 2025 at Lafayette, Louisiana.

_____
**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**