**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JORDY ATAHUAMAN CARHAUNCHO INDIVIDUALLY AND IN HIS CAPACITY AS TUTOR FOR DULCE MERCEDES ATAHUAMAN CARHUANCHO** | **CASE NO.  6:24-CV-01448** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **GEO GROUP INC, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**O R D E R**

Considering the MOTION TO COMPEL (Rec. Doc. 26) recently filed by Plaintiff, it is hereby

ORDERED that Defendants will provide a response to Plaintiff's pending motion on or before FRIDAY, JULY 11, 2025.  Thereafter, Plaintiff may file any desired reply in further support of its motion within TEN DAYS.

Failing resolution of the discovery dispute raised in Plaintiff's motion, it is further

ORDERED that an in-person hearing with oral argument is now SET before the undersigned Magistrate Judge on THURSDAY JULY 24, 2025 at 9:00 a.m. in Courtroom 7 of the United States District Court in Lafayette, Louisiana.

SO ORDERED this 24th day of June, 2025 at Lafayette, Louisiana.

_____
**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**