**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| JORDY ATAHUAMAN CARHUANCHO, ET AL | * | CIVIL ACTION NO.: 6:24-cv-01448-DCJ-DJA |
| | * | |
| | * | |
| VERSUS | * | JUDGE DAVID C. JOSEPH |
| | * | |
| THE GEO GROUP, INC., ET AL | * | MAGISTRATE JUDGE DAVID J. AYO |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Considering Defendant's, The GEO Group, Inc.'s Motion for Leave to File Certain Exhibits to its Memorandum in Opposition to Motion to Compel.

**IT IS HEREBY ORDERED** that Defendant, The GEO Group, Inc.'s Motion for Leave to File Certain Exhibits to its Memorandum in Opposition to Plaintiff's Motion to Compel be granted and Exh. A to the Declaration of Dr. John Christakis, in globo, is hereby filed under seal.

THUS DONE AND SIGNED this 16th day of July, 2025 at Lafayette, Louisiana.

_____
David J. Ayo
United States Magistrate Judge

1