**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**DIVISION OF LAFAYETTE**

| | |
|---|---|
| **JORDY ATAHUAMAN CARHUANCHO, INDIVIDUALLY AND IN HIS CAPACITY AS CURATOR FOR HIS SISTER, DULCE MERCEDES ATAHUAMAN CARHUANCHO** | **DOCKET NUMBER: 6:24-cv-01448** |
| **VERSUS** | **JUDGE: DAVID C. JOSEPH** |
| **THE GEO GROUP, INC., ET AL.** | **MAGISTRATE JUDGE: DAVID J. AYO** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

Considering the above and foregoing Motion for Leave to File Reply Memorandum Under Seal, the record, and the law:

IT IS HEREBY ORDERED plaintiff Jordy Atahuaman Carhuancho, individually and in his capacity as Curator for his Sister, Dulce Mercedes Atahuaman Carhuancho's Motion for Leave to File Reply Memorandum under Seal is hereby GRANTED, and the attached Reply Memorandum in Support of the Motion to Compel and Incidental Relief shall be filed under seal.

DONE AND SIGNED, in Chambers, at Lafayette, Louisiana, on the 22nd day of July, 2025.

David J. Ayo
United States Magistrate Judge