**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JORDY ATAHUAMN** | **CASE NO. 6:24-CV-01448** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **GEO GROUP INC** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MINUTES OF COURT:**
**Motion Hearing**

| | | | |
|---|---|---|---|
| Date: | July 24, 2025 | Presiding: Magistrate Judge David J. Ayo | |
| Court Opened: | 8:54 AM | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 10:20 AM | Court Reporter: | Beth Delatte |
| Statistical Time: | 01:26 | Courtroom: | CR7 |

**APPEARANCES**

| | | |
|---|---|---|
| Jill L Craft and William Brett Conrad | For | Jordy Atahuaman Plaintiff |
| Robert A Mahtook Jr | For | Geo Group Inc Defendant |

**PROCEEDINGS**

Case called for oral argument on **Motion to Compel and *for Incidental Relief* [Rec. Doc. 26],** filed by **Jordy Atahuaman**.

For the reasons stated on the record, this Court finds that the motion will be TAKEN UNDER ADVISEMENT.

Counsel for the defendant provided the protected privileged information and videos to the Court for an in-camera review.

A written ruling will be issued in due course.

The parties are directed to be diligent in the continual work towards a mutual agreeable protective order.