UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION OF LAFAYETTE

JORDY ATAHUAMAN CARHUANCHO,     DOCKET NUMBER: 6:24-cv-01448
INDIVIDUALLY AND IN HIS CAPACITY
AS CURATOR FOR HIS SISTER, DULCE
MERCEDES ATAHUAMAN CARHUANCHO

VERSUS                               JUDGE: DAVID C. JOSEPH

THE GEO GROUP, INC., ET AL.      MAGISTRATE JUDGE: DAVID J. AYO
**************************************************************************

**JOINT MOTION FOR PROTECTIVE ORDER**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Jordy Atahuaman Carhuancho, individually and in his official capacity as curator for his sister, Dulce Mercedes Atahuaman Carhuancho, and defendant, The GEO Group, Inc., who jointly move this Honorable Court for entry of the attached Protective Order in the above captioned matter pursuant to Rec. Doc. 42.

Respectfully Submitted:


By: ___/s W. Brett Conrad, Jr. _____
Jill L. Craft, La. Bar Roll No. 20922
W. Brett Conrad, Jr., La. Bar Roll No. 37639
Jill L. Craft, Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 663-2612
Facsimile: (225) 663-2613
Email: jcraft@craftlaw.net
           bconrad@craftlaw.net

1

MAHTOOK & LAFLEUR, L.L.C.


        /s/Kay A. Theunissen
ROBERT A. MAHTOOK, JR., #17034
KAY A. THEUNISSEN, #17448
KALISTE JOSEPH SALOOM, IV, #35996
CHASE A. WOESSNER #40211
600 Jefferson Street, Suite 1000 (70501)
Post Office Box 3089
Lafayette, Louisiana 70502-3089
TEL:   (337) 266-2189
FAX:   (337) 266-2303
Email:  rmahtook@mandllaw.com
Email:  ktheunissen@mandllaw.com
Email:  jsaloom@mandllaw.com
Email:  cwoessner@mandllaw.com
Attorneys for: The GEO Group, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2026, a copy of the above and foregoing

was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to

Trial Counsel of record for all parties by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 2nd day of January, 2026.

_____/s W. Brett Conrad, Jr. _____
            W. Brett Conrad, Jr.

2