**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ATAHUAMN**                                    **CASE NO.  6:24-CV-01448**

**VERSUS**                                      **JUDGE DAVID C. JOSEPH**

**GEO GROUP INC**                              **MAGISTRATE JUDGE DAVID J. AYO**

## O R D E R

Considering the Joint Motion to Continue Pretrial Deadlines and Trial, and for Status Conference (Rec. Doc. 45), it is hereby

ORDERED that the parties' Joint Motion to Continue Pretrial Deadlines and Trial, and for Status Conference (Rec. Doc. 45) is GRANTED.  Accordingly, it is

ORDERED that the trial of this matter, previously set for September 21, 2026 before Judge Joseph is CONTINUED without date.  It is further

ORDERED that the Scheduling Order previously entered in this matter is VACATED.  It is additionally

ORDERED that a telephone scheduling conference is now SET before the undersigned Magistrate Judge on MONDAY, JANUARY 26, 2026 at 2:00 p.m. Counsel will join the teleconference by dialing 1-855-244-8681 and entering access code 2305 119 9722.

SO ORDERED this 16th day of January, 2026 at Lafayette, Louisiana

_____
**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**