UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ATAHUAMN                                          CASE NO.  6:24-CV-01448

VERSUS                                            JUDGE DAVID C. JOSEPH

GEO GROUP INC                                     MAGISTRATE JUDGE DAVID J. AYO

## ORDER

For the reasons discussed during the telephone scheduling conference held on Monday, January 26, 2026, it is hereby

**ORDERED** that the jury trial of this matter is set on MONDAY, APRIL 12, 2027 at 9:00 a.m. before U.S. District Judge Joseph in Courtroom 1 at the U.S. District Court in Lafayette, Louisiana.  It is further

**ORDERED** that a pretrial conference is set in chambers before Judge Joseph on WEDNESDAY, MARCH 24, 2027 at 2:00 p.m.  It is finally

**ORDERED** that the Clerk of Court shall issue an appropriate scheduling order in this case.

**SO ORDERED** this 27th day of January, 2026 at Lafayette, Louisiana.

DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE